**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE
Bruce S. Alpert, SBN 75684
25 County Center Drive, Suite 210
Oroville, CA 95965
Tel: 530.538.7621
Fax: 530.538.6891

Attorneys for Defendant
County of Butte

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE RUSSELL, | CASE NO. 2:14-CV-00694-TLN-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO AMEND COMPLAINT** |
| v. | |
| COUNTY OF BUTTE, et al. | Date: January 15, 2015
Time: 10:00 a.m. |
| Defendants. | Crtrm: 2 |
| | Complaint Filed: 03/14/14 |

Defendant COUNTY OF BUTTE, Defendant TOWN OF PARADISE, and Plaintiff DENISE RUSSELL by and through undersigned counsel, stipulate as follows:

1. All parties have been working in good faith toward the resolution of this matter. The parties are contemplating mediation. A date for mediation has not been set but the parties intend to set a date for January or February of 2015.

2. Considering the parties are contemplating mediation, the parties stipulate to a continuance of the Motion to Amend from January 15, 2015 to February 26, 2015.

IT IS SO STIPULATED.

Date: 1-6-2015                                          LAW OFFICES OF LARRY L. BAUMBACH


By:____//s//  Larry L. Baumbach___
    Larry L. Baumbach
    Attorney for Plaintiff


Date: 1-7-2015                                          PORTER | SCOTT
                                                                      A PROFESSIONAL CORPORATION


By__//s// William E. Camy_____
    Stephen E. Horan
    William E. Camy
    Attorneys for County of Butte


Date: 1-6-2015                                          LAW OFFICE OF DOUGLAS R. THORN


By: __//s// Douglas R. Thorn (per e-mail)__
    Douglas R. Thorn
    Attorney for Town of Paradise

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

2
**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO AMEND COMPLAINT**

## ORDER

PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: January 9, 2015

_____
Troy L. Nunley
United States District Judge

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

1
**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO AMEND COMPLAINT**