1  LARRY L. BAUMBACH
   State Bar No. 50086
2  LAW OFFICES OF LARRY L. BAUMBACH
   686 Rio Lindo Avenue
3  Chico, California 95926
   Telephone: 530-891-6222
4  Facsimile:  530-893-8245

5  Attorney for Plaintiff DENISE RUSSELL

6

   DOUGLAS R. THORN, SBN 133521
7  Olympus Corporate Center
   3017 Douglas Boulevard, Suite 300
8  Roseville, California 95661
   Telephone:  916-768-9311
9
   Attorney for TOWN OF PARADISE
10 Δ Feaster, Δ Smith

11
                IN THE UNITED STATES DISTRICT COURT
12
             FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14
   DENISE RUSSELL,                    Case No.:  2:14-CV-00694-TLN-CMK
15
              Plaintiff,
16                                    STIPULATION AND PROPOSED
        vs.                           ORDER FOR DISMISSAL
17
   COUNTY OF BUTTE; TOWN OF
18 PARADISE; and DOES 1 through 100,
   inclusive,
19
              Defendants.
20
   /
21

22
        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DENISE
23
   RUSSELL by and through her undersigned counsel, that all of the claims by Plaintiff
24
   DENISE RUSSELL alleged against Defendant TOWN OF PARADISE be dismissed with
25
   prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each
26
   party to bear their own attorneys' fees and costs.
27

28

-1-
STIPULATION AND PROPOSED ORDER FOR DISMISSAL

1  Dated: January 7, 2016          LAW OFFICE OF LARRY L. BAUMBACH

                                   /s/ Larry L. Baumbach
                                   Larry L. Baumbach
                                   Attorney for Plaintiff, Denise Russell

7  DATED: January 11, 2016         LAW OFFICE OF DOUGLAS R. THORN

                                   /s/ Douglas R. Thorn
                                   Douglas R. Thorn
                                   Attorney for Town of Paradise

**ORDER**

IT IS SO ORDERED.

DATED: _____         _____
                              Honorable Troy L. Nunley
                              Judge of the United States District Court
                              For the Eastern District of California